# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Dawson-Alamo1 JV, LLC | )   ASBCA Nos. 60590, 61776 |
| | ) |
| Under Contract No. FA3047-10-D-0012 | ) |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
Kristin E. Zachman, Esq.
 Bailey & Bailey, P.C.
 San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Jeffrey P. Hildebrant, Esq.
 Air Force Deputy Chief Trial Attorney
Erika L. Whelan Retta, Esq.
Colby L. Sullins, Esq.
 Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, these appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: September 13, 2019

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60590, 61776, Appeal of Dawson-Alamo1 JV, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals